**Mario**

*iMessage*
Tue, Jul 20, 3:43 PM

Shelley, this is Mario. Messaging to see if you have availability to meet tomorrow afternoon at 2 o'clock or after?

> I can at 3. Are you thinking of meeting at the house? I have an interview from 2-3 and one from 4-5.

Tue, Jul 20, 5:49 PM

Sorry about taking so long to get back to you. A couple of the things on another case have popped up so will not be able to get out to see you tomorrow. It is nothing pressing and as a schedule allows I'll get with you and see what free time you have.



Today 2:16 PM

> Could you please call me ASAP?
>
> Can we get an unredacted copy of