# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| **MICHELLE FISCUS, M.D., FAAP,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **No. 3:21-cv-00686** |
| **v.** ) | |
| ) | **Chief Judge Crenshaw** |
| **COMMISSIONER LISA PIERCEY, M.D.,** ) | |
| **MBA, FAAP, Tennessee Department of Health,** ) | |
| **in her official and individual capacities;** ) | |
| **CHIEF MEDICAL OFFICER TIM JONES,** ) | |
| **M.D., Tennessee Department of Health,** ) | |
| **in his official and individual capacities,** ) | |
| ) | |
| **Defendants.** ) | |

## DEFENDANTS' JOINT MOTION FOR JUDGMENT ON THE PLEADINGS

Defendants Commissioner Lisa Piercey, M.D., MBA, FAAP and Chief Medical Officer

Tim Jones, M.D., in their official and individual capacities, move for judgment on the pleadings

under Fed. R. Civ. P. 12(c). Even according to the facts alleged by Plaintiff, she fails to state a

claim upon which relief can be granted. There was no deprivation of her liberty interest in

reputation, and thus she was not entitled to a name-clearing hearing. In addition, in their individual

capacities, Defendants have qualified immunity because there was no violation of a constitutional

right and their actions were reasonable in light of the clearly established law. Defendants are

entitled to judgment as a matter of law.

Defendants do not waive and maintain, as stated in their Answer, that they have not been

properly served in their official capacities and there is insufficient service of process against them

in their official capacities, as set forth in Fed. R. Civ. P. 12(b)(5). The summons were issued and served to them at the Department of Health address. (*See* Doc. 7.)

Defendants attach as Exhibit 1 a letter referred to in the Complaint and central to the claims contained therein.[1] (Compl., Doc. 1, PageID # 7–10, ¶¶ 30–42.) They also contemporaneously file a memorandum of law in support of this motion.

## CONCLUSION

Defendants respectfully request that the Court grant judgment on the pleadings in their favor.

Respectfully Submitted,

HERBERT H. SLATERY III
Attorney General and Reporter

s/ Stephanie A. Bergmeyer
Stephanie A. Bergmeyer, BPR # 27096
Senior Assistant Attorney General
Steven A. Hart, BPR # 7050
Special Counsel
Hamilton Millwee, BPR # 38795
Assistant Attorney General
Office of Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202-0207
Stephanie.Bergmeyer@ag.tn.gov
Steve.Hart@ag.tn.gov
Hamilton.Millwee@ag.tn.gov
(615) 741-6828

---

[1] Documents that are "referred to in the Complaint and are central to the claims contained therein" may be considered without converting this motion to one for summary judgment. *See Bassett v. Nat'l Collegiate Ass'n*, 528 F.3d 426, 430 (6th Cir. 2008).

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of this Joint Motion For Judgment on the Pleadings has been served through the e-filing system and sent by e-mail on October 7, 2021, to:

David Randolph Smith
Dominick R. Smith
W. Lyon Chadwick
Christopher Smith
David Randolph Smith & Associates
1913 21st Avenue South
Nashville, Tennessee 37212
*Attorneys for Plaintiff*

s/ Stephanie A. Bergmeyer
Stephanie A. Bergmeyer