# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **MICHELLE FISCUS, M.D., FAAP,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) No. 3:21-cv-00686 |
| v. | ) |
| | ) **Chief Judge Crenshaw** |
| **COMMISSIONER LISA PIERCEY, M.D.,** | ) **Magistrate Judge Newbern** |
| MBA, FAAP, Tennessee Department of Health, | ) |
| in her official capacity; | ) |
| **CHIEF MEDICAL OFFICER TIM JONES,** | ) |
| M.D., Tennessee Department of Health, | ) |
| in his official capacity, | ) |
| | ) |
| **Defendants.** | ) |

## JOINT STATUS REPORT OF CASE RESOLUTION

Pursuant to the Initial Case Management Order (Doc. No. 21), the parties have made a good faith effort to resolve the case. The parties have discussed their positions and potential settlement substantively.

Because the individual capacity claims have been dismissed, only Plaintiff's request for declaratory and injunctive relief remain. (Doc. No. 25.) Courts use a balancing test to determine what a name-clearing hearing "should entail and what its limit might be in each case." *Gunasekera v. Irwin*, 551 F.3d 461, 470 (6th Cir. 2009). Thus, the various components of a hearing may lend itself to negotiation.

Plaintiff has made a demand and in response the parties have discussed and continue to discuss possible means of resolution. The parties do not think mediation or ADR would assist at this time but will consider those options as settlement negotiations and discovery progress.

Respectfully Submitted,

DAVID RANDOLPH SMITH & ASSOCIATES

s/Christopher W. Smith
Christopher W. Smith, BPR # 034450
David Randolph Smith
Dominick R. Smith
W. Lyon Chadwick
1913 21st Avenue South
Nashville, Tennessee 37212
(615) 742-1775
csmith@drslawfirm.com
*Attorneys for Plaintiff*

HERBERT H. SLATERY III
Attorney General and Reporter

s/ Stephanie A. Bergmeyer
Stephanie A. Bergmeyer, BPR # 27096
Senior Assistant Attorney General
Steven A. Hart, BPR # 7050
Special Counsel
Office of Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202-0207
Stephanie.Bergmeyer@ag.tn.gov
(615) 741-6828
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of this Joint Status has been served through the e-filing system on April 4, 2022, to:

David Randolph Smith
Dominick R. Smith
W. Lyon Chadwick
Christopher Smith
David Randolph Smith & Associates
1913 21st Avenue South
Nashville, Tennessee 37212
*Attorneys for Plaintiff*

s/ Stephanie A. Bergmeyer