UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHELLE FISCUS,<br><br>　Plaintiff,<br><br>v.<br><br>LISA PIERCEY, et al.,<br><br>　Defendants. | Case No. 3:21-cv-00686<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

## ORDER

The Magistrate Judge held a discovery dispute conference with counsel for the parties on August 25, 2022, regarding issues raised in their joint discovery dispute statement (Doc. No. 37). For the reasons discussed in the conference, the Court ORDERS as follows:

Plaintiff's counsel shall confer with counsel for the Tennessee Department of Safety regarding the scope of the November 17, 2021 subpoena and any objections the Department of Safety would make to its execution. Counsel for the parties and the Department of Safety shall then confer as to any remaining objections to the subpoena's scope. If a dispute remains that the parties cannot resolve, they shall request a second telephone conference with the Magistrate Judge.

The deadline to conclude all discovery and to file any fact-discovery-related motions is EXTENDED to October 7, 2022. The dispositive motion deadline remains November 4, 2022.

It is so ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ALISTAIR E. NEWBERN
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge