UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHELLE FISCUS,<br><br>    Plaintiff,<br>v.<br><br>LISA PIERCEY, et al.,<br><br>    Defendants. | Case No. 3:21-cv-00686<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

## ORDER

On November 4, 2021, the Court directed the parties to file a joint status report regarding their case resolution efforts no later than 60 days before the deadline for the filing of dispositive motions. (Doc. No. 21.) That deadline passed on September 6, 2022, and no joint status report has been filed. The parties are ORDERED to file a joint status report by September 14, 2022.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge