IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| Michelle Fiscus, M.D., FAAP | )<br>) Case No. 3:21-cv-00686<br>) |
| Plaintiff, | ) |
| v. | )<br>) JURY DEMAND |
| Commissioner Lisa Piercey,<br>Tennessee Dept. of Health<br>(in her individual and official capacities)<br>Chief Medical Officer Tim Jones<br>Tennessee Dept. of Health<br>(in his individual and official capacities) | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff respectfully moves the Court for an Order granting summary judgment to Plaintiff pursuant to FRCP 56. In support of this motion, Plaintiff would show that all requirements for a *Roth* name-clearing hearing have been met. In support of this motion, Plaintiff submits the following exhibits:

1. Plaintiff's statement of undisputed material facts.
2. Excerpts from the deposition of Tim Jones.
3. Excerpts from the deposition of Lisa Piercey.
4. Excerpts from the deposition of Celia Goodson.
5. Excerpts from the deposition of Michelle Fiscus.
6. Excerpts from the deposition of John Dunn.
7. Declaration of Michelle Fiscus (with Exhibits)
8. Exhibit 13 to Tim Jones deposition, email of June 29, 2021.

Respectfully submitted,

/s/ Christopher Smith

DAVID RANDOLPH SMITH & ASSOCIATES

Christopher Smith, BPR #034450
David Randolph Smith, BPR #011905
Dominick R. Smith, BPR #028783
W. Lyon Chadwick, Jr., BPR #029599

1913 21st Avenue South
Nashville, Tennessee 37212
Phone: 615-742-1775
Fax: 615-742-1223

# CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was sent via the Court's ECF system to the following parties on December 2, 2022.

- **Stephanie A. Bergmeyer**
  stephanie.bergmeyer@ag.tn.gov
- **William Lyon Chadwick , Jr**
  lyon@drslawfirm.com
- **Steven Ashley Hart**
  steve.hart@ag.tn.gov,melissa.smith@ag.tn.gov,candace.wainscott@ag.tn.gov
- **Hamilton Millwee**
  Hamilton.Millwee@ag.tn.gov
- **Christopher W. Smith**
  csmith@drslawfirm.com
- **David Randolph Smith**
  drs@drslawfirm.com,marlena@drslawfirm.com,csmith@drslawfirm.com,drslawfirm@gmail.com,dom@drslawfirm.com,lyon@drslawfirm.com
- **Dominick R. Smith**
  dom@drslawfirm.com

/s/ Christopher Smith