UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHELLE FISCUS,<br><br>    Plaintiff,<br><br>v.<br><br>LISA PIERCEY, et al.,<br><br>    Defendants. | Case No. 3:21-cv-00686<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

## ORDER

On December 2, 2022, Plaintiff Michelle Fiscus and Defendants Lisa Piercey and Tim Jones filed cross-motions for summary judgment under Federal Rule of Civil Procedure 56. (Doc. Nos. 46, 51.) As established by the initial case management order (Doc. No. 21, 43), any response in opposition to a motion for summary judgment must be filed within 28 days of service of the motion. Any optional reply shall be filed within 14 days of service of the response.

Any filings made related to the motions for summary judgment, including motions for extensions of time or to exceed page limits, shall be decided by Chief Judge Crenshaw unless referred to the undersigned Magistrate Judge.

It is so ORDERED.

*/s/ Alistair Newbern*
ALISTAIR E. NEWBERN
United States Magistrate Judge