UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| MICHELLE FISCUS, M.D., FAAP, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) NO. 3:21-cv-00686 |
| | ) |
| COMMISIONER LISA PIERCEY, M.D., | ) |
| MBA, FAAP, Tennessee Department of | ) |
| Health, in her official capacity; CHIEF | ) |
| MEDICAL OFFICER TIM JONES, | ) |
| M.D., Tennessee Department of Health, in | ) |
| his official capacity, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The Defendants have filed a Notice of Settlement Contingent on Approval of State Officials (Doc. No. 68) that the parties have attended mediation and reached a settlement.

Accordingly, the parties shall file an Agreed Order of Dismissal by **May 19, 2023**. The pretrial conference set for **May 8, 2023,** and the jury trial set for **May 16, 2023**, are CANCELLED.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE