UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **MICHELLE FISCUS, M.D., FAAP,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | No. 3:21-cv-00686 |
| v. ) | |
| ) | Chief Judge Crenshaw |
| **COMMISSIONER LISA PIERCEY, M.D.,** ) | |
| **MBA, FAAP, Tennessee Department of Health;** ) | |
| **CHIEF MEDICAL OFFICER TIM JONES,** ) | |
| **M.D., Tennessee Department of Health,** ) | |
| ) | |
| **Defendants.** ) | |

**JOINT MOTION FOR EXTENSION OF DISMISSAL DEADLINE**
_____

The parties jointly move for an extension of the deadline to file an Agreed Order of Dismissal. In support of the motion, the Parties would show to this Court as follows:

1. As set forth in the Court's Order, the current deadline to file an Agreed Order of Dismissal is May 19, 2023. (Doc. No. 69.)

2. Pursuant to Tenn. Code Ann. § 20-13-103, certain documents have been provided to the Constitutional Officers of the State and are currently being reviewed and processed.

Based on the foregoing, the Parties respectfully request that the deadline to file the Agreed Order of Dismissal in this case be extended through June 30, 2023. There is no objection to the extension by counsel for any Party.

For these reasons, the Parties respectfully request that the deadline to file the Agreed Order of Dismissal in this case be extended through June 30, 2023.

Respectfully Submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

s/ Stephanie A. Bergmeyer
Stephanie A. Bergmeyer, BPR # 27096
Senior Assistant Attorney General
Office of Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202-0207
Stephanie.Bergmeyer@ag.tn.gov
(615) 741-6828
*Attorney for Defendants*

DAVID RANDOLPH SMITH &
ASSOCIATES

s/Christopher W. Smith
Christopher W. Smith, BPR # 034450
1913 21st Avenue South
Nashville, Tennessee 37212
csmith@drslawfirm.com
(615) 742-1775
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of this Notice has been served through the e-filing system on May 19, 2023, to:

David Randolph Smith
Christopher Smith
Dominick R. Smith
W. Lyon Chadwick
David Randolph Smith & Associates
1913 21st Avenue South
Nashville, Tennessee 37212
*Attorneys for Plaintiff*

s/ Stephanie A. Bergmeyer

2

Case 3:21-cv-00686   Document 70   Filed 05/19/23   Page 2 of 2 PageID #: 802