UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |
|---|---|
| MICHELLE FISCUS,<br><br>    Plaintiff,<br><br>v.<br><br>LISA PIERCEY, et al.,<br><br>    Defendants. | Case No. 3:21-cv-00686<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

**ORDER**

On April 19, 2023, the parties filed a notice informing the Court that they had reached a settlement agreement contingent on the approval of state officials. (Doc. No. 68.) The Court ordered the parties to file an agreed order of dismissal by May 19, 2023 (Doc. No. 69), and, on the parties' motion (Doc. No. 70), extended that deadline to June 30, 2023 (Doc. No. 71). On June 29, 2023, Plaintiff Michelle Fiscus filed a motion stating that the parties could not meet the June 30, 2023 deadline and requesting a judicial settlement conference "to help the parties finalize the settlement agreement." (Doc. No. 72.) On the same day, Defendants filed a motion to extend the deadline to file an agreed order of dismissal until July 31, 2023, stating that doing so "would allow the parties time to finalize and pursue written approval of the settlement agreement without requiring the court's time." (Doc. No. 73.)

Because it appears that the parties have not reached an impasse in their own efforts, the Court will DENY Fiscus's motion WITHOUT PREJUDICE (Doc. No. 72) and GRANT Defendants' motion to extend the deadline for dismissing the action to July 31, 2023 (Doc. No. 73). If the parties have not finalized their agreement by that date, Fiscus may renew her motion for a judicial settlement conference. In the motion, Fiscus shall address why returning to the mediator

who successfully negotiated the parties' agreement is not a preferable means of resolving any remaining disputes among the parties.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge