# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **MICHELLE FISCUS, M.D., FAAP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 3:21-cv-00686** |
| **v.** | ) | |
| | ) | **Chief Judge Crenshaw** |
| **LISA PIERCEY, M.D., MBA, FAAP,** | ) | |
| **former Commissioner, Tennessee** | ) | |
| **Department of Health, in her individual** | ) | |
| **capacity; COMMISSIONER RALPH** | ) | |
| **ALVARADO, M.D., FACP,** | ) | |
| **Tennessee Department of Health, in his** | ) | |
| **official capacity; CHIEF MEDICAL** | ) | |
| **OFFICER TIM JONES, M.D.,** | ) | |
| **Tennessee Department of Health, in his** | ) | |
| **individual and official capacities.** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

## AGREED ORDER OF DISMISSAL

---

The parties have filed a Joint Stipulation of Dismissal with Prejudice. Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE